

Entered on Docket
April 29, 2011

_____
**Hon. Mike K. Nakagawa**
<span style="text-decoration: underline">United States Bankruptcy Judge</span>

1  KATHLEEN A. LEAVITT
   ~~CHAPTER 13 STANDING TRUSTEE~~
2  201 Las Vegas Blvd SouthSuite 200
   Las Vegas, NV  89101
3  (702) 853-0700

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br>**KYMBERLEE DEE LAWRENSON**<br><br>**Debtor**<br><br>**MATTHEW Q CALLISTER ESQ**<br>**Attorney for Debtor** | Chapter 13<br>BKS-11-13162-MKN<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

**EX-PARTE ORDER DISMISSING CHAPTER 13**
**CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**

As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not filed Schedules B,C,E,F,G,H,I,J; Statement of Financial Affairs, Chapter 13 Plan as required within the forty-five (45) day period, which expired on April 22, 2011.

. . .

. . .

. . .

1

1. **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

2. **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as and for administrative expenses from the balance on hand in this case, if any.

**IT IS SO ORDERED.**

Submitted by:

/s/ Kathleen A. Leavitt
KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
Dated: April 25, 2011
(CJY)